Kenneth C. Brooks (#167792)
5329 Thunder Ridge Circle
Rocklin, California 95765
Telephone: (408) 368-7997
kcb@brookspatents.com

Attorney for Plaintiff
Chuan Gao

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUAN GAO,<br>Plaintiff,<br>v.<br>CITY OF FREMONT, TANU JAGTAP,<br>Defendants. | Case No.: 3:26-cv-03632-WHO<br><br>STIPULATED REQUEST FOR ORDER CHANGING TIME PURSUANT TO LOCAL RULE 6.2 |

The parties, by and through their undersigned counsel, hereby stipulate and request that the Court continue the hearing currently scheduled for September 23, 2026 on Defendants' Motion to Dismiss to September 30, 2026 at 2:00 P.M., or such other date and time as is convenient for the Court.

I. BACKGROUND

1. On August 17, 2026, Defendants filed a Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (Motion).

2. The hearing on Defendants' Motion to Dismiss is currently scheduled for September 23, 2026 at 2:00 P.M.

3. On August 31, 2026 Plaintiff filed his opposition to the Motion.

4. At present counsel for Plaintiff, Kenneth C. Brooks, has a hearing scheduled on that date for three motions, two of which are Motions for a Partial Directed Verdict and one if for a Motion for a Partial New Trial in the matter of Morris v. Basco et al, San Mateo Superior Court Case number 22-CIV-03785. The hearing is to take place in courthouse located at 800 North Humboldt Street, San Mateo, CA 94401 in department 28 at 2:00 P.M. The trial judge, Honorable Nicole Healy, scheduled this hearing several weeks back. As a result, a conflict exists in that counsel for Plaintiff, who is a solo-practitioner cannot be present at both hearing concurrent.

II. GOOD CAUSE EXISTS FOR CONTINUANCE

5. Good cause exists to continue the hearing on Defendants' Motion to Dismiss because of the conflict of Plaintiff's counsel having to be present in San Mateo Superior Court.

6. The parties have met and conferred regarding this request and all parties consent to the requested continuance.

7. This continuance will not affect any other deadlines in this matter, such as discovery cutoff date or the trial date, because this action has yet to have undertaken initial disclosures.

7. No previous requests to continue the hearing on this motion has occurred.

III. CONCLUSION

For the foregoing reasons, the parties respectfully request that the Court grant this Stipulation and continue the hearing on Defendants' Motion to Dismiss from September 23, 2026 to

////

////

////

////

////

////

////

Kenneth C. Brooks, Esq.
5329 Thunder Ridge Circle
Rocklin, CA 95765
(408) 368-7997

September 30, 2026 at 2:00 P.M., or such other date and time as is convenient for the Court.

Dated: September 2, 2026

Respectfully submitted,

____________________________

KENNETH C. BROOKS, ESQ.
ATTORNEY FOR PLAINTIFF

____________________________

JEFFREY VUCINICH
REBECCA A. ECHEVERRIA, ESQ.
CLAPP, MORONEY, VUCINICH, BEEMAN AND SCHELEY
1730 S EL CAMINO REAL, SUITE 500
SAN MATEO, CA 94402
ATTORNEY FOR DEFENDANTS
CITY OF FREMONT
TANU JAGTAP

## ~~PROPOSED~~ ORDER

The foregoing Stipulation to Continue Hearing on Motion to Dismiss having been reviewed, and good cause appearing,

IT IS HEREBY ORDERED that the hearing on Defendants' Motion to Dismiss currently scheduled for September 23, 2026 is continued to September 30, 2026 at 2:00 P.M.

IT IS SO ORDERED.

Dated: _9/2/2026_________



Honorable William H. Orrick, III
United States District Judge

Kenneth C. Brooks, Esq.
5329 Thunder Ridge Circle
Rocklin, CA 95765
(408) 368-7997